IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                              NO:   05 M 2034 JFF

TORDIS A. BRAY aka
TORI SEYMORE                                                                 DEFENDANT

ORDER

Pending before the Court is the Government's oral motion pursuant to 18 U.S.C. §§ 4241(a), seeking a determination of the defendant's mental competency. The Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental condition which would render her mentally incompetent to understand the nature and consequences of the proceedings against her or to assist properly in her defense. It is therefore ordered:

(1)   That, pursuant to 18 U.S.C. § 4247(b) and (c), Defendant Tordis Bray is hereby committed to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychiatric examination pursuant to § 4241.[1]

---

[1] The examination period herein shall commence on the date of arrival of the defendant at the assigned Federal medical facility.

(2)     That, pursuant to 18 U.S.C. § 4247(c), the facility conducting such examination shall file a report of same with this Court with copies to counsel for the Defendant and the attorney for the government.

(3)     That the Defendant remain in custody of the United States Marshal or his designated representative and be transported to the facility as soon as possible.

(4)     That any delay in commencing the trial of this case occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 3rd day of January, 2006.

      /s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE