IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                             NO: 4:06CR00002 JLH

TORDIS A. BRAY a/k/a
TORI SEYMORE                                                DEFENDANT

## ORDER

The defendant is charged with a violation of 18 U.S.C. §1958, in that she used interstate commerce facilities in the attempted murder-for-hire of her husband, a United States Air Force recruiter. Pursuant to 18 U.S.C. § 4241, a competency study of the defendant was undertaken at the Federal Detention Center in Miami, Florida.

In a report of the study, it was determined that the defendant does not suffer from a mental disease or defect which would interfere with her factual or rational understanding of the nature and consequences of the proceedings against her, or impair her ability to assist in her defense.

A competency and detention hearing was held on July 7, 2006 at Little Rock, Arkansas. The defendant was present and was represented by counsel.

From the aforesaid report and the testimony taken at the hearing, it is concluded that Ms.

Bray is competent to stand trial and to assist in her own defense, and the prosecution has so established by a preponderance of the evidence.

The defendant is detained pending trial.

SO ORDERED this 13th day of July, 2006.

                                           /s/ John F. Forster, Jr.
                                    UNITED STATES MAGISTRATE JUDGE