# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                        NO. 4:06CR00002-01 JLH

TORDIS A. BRAY a/k/a TORI SEYMORE                                            DEFENDANT

## ORDER

Tordis A. Bray has filed a motion for early termination of supervision. Bray pled guilty to transmitting a threat in interstate commerce, a Class D felony. She was sentenced to a term of 30 months imprisonment followed by 36 months of supervised release. Bray completed her prison term and her supervision began in March 2008. Her supervision is scheduled to end in March 2011. Bray has attached to her motion a message from her United States Probation Officer stating that she has abided by all the conditions of her supervision and the probation officer does not object to early termination. The government has responded and stated that, given the seriousness of the offense, the United States does not object to early termination on or about December 2010.

In view of the seriousness of the offense, the motion for early termination is denied without prejudice to the right of Bray to renew the motion near the end of 2010, at which time the Court can review the case to determine whether Bray has continued to abide by the conditions of release. Document #37.

IT IS SO ORDERED this 1st day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE